UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIRAN VUPPALA,

                Plaintiff,

       – against –

MIYABI SUSHI JAPANESE RESTAURANT NY INC., a New York Corporation, d/b/a MIYABI SUSHI, and GREENWICH REALTY ASSOCIATES, LLC, a New York Limited Liability Company,

                Defendants.

**ORDER**

17 Civ. 8409 (ER)

RAMOS, D.J.:

      The parties are hereby ORDERED to file a joint status report by December 3, 2020. Failure to comply with this Order may result in sanctions, including dismissal for failure to prosecute.  *See* Fed. R. Civ. P. 41.

      SO ORDERED.

Dated:   November 19, 2020
            New York, New York

                                                EDGARDO RAMOS, U.S.D.J.