# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

November 30, 2020

**VIA CM/ECF**
Honorable Judge Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square, Courtroom: 619
New York, New York 10007

                               **Re:**    **Vuppala v. Miyabi Sushi Japanese Restaurant NY Inc., et al.**
                                        **Case #: 1:17-cv-08409-ER**

Dear Judge Ramos:

      As this case had not progressed within a significant amount of time, Plaintiff feels an alternative dispute resolution mechanism may be helpful in resolving this case and therefore seeks a referral to the Court's Mediation Program. Counsel for all parties in this action have been contacted by Plaintiff's counsel to confer with regard to the Court's Mediation Program and at this time the counsel for Greenwich Realty Associates, LLC, does not consent, and counsel for Miyabi Sushi Japanese Restaurant NY Inc, and/or client have not responded despite multiple written attempts for a response.

      It is hereby respectfully requested that this matter be referred to the Southern District's Mediation Program.

      Thank you for your attention to this request.

Respectfully,

By: /S/ B. Bradley Weitz
    B. Bradley Weitz, Esq.
    The Weitz Law Firm, P.A.
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile: (305) 704-387**7**
    Email: bbw@weitzfirm.com
    *Attorney for Plaintiff*