# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

December 3, 2020

<u>VIA CM/ECF</u>
Honorable Judge Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square, Courtroom: 619
New York, New York 10007

      Re:    **Vuppala v. Miyabi Sushi Japanese Restaurant NY Inc., et al.**
                  **Case #: 1:17-cv-08409-ER**

Dear Judge Ramos:

      Pursuant to the Order [D.E. 18], dated November 19, 2020, requesting the parties to file a joint status report by December 3, 2020, and the parties hereby jointly submit the following.

      The parties are currently engaged in settlement discussions in an effort to settle this matter, including exchanging multiple offers and counteroffers as recent as this week. As such, the parties hereby respectfully request a *final* 30 day stay, in order to provide additional time for in-depth settlement discussions, while conserving unnecessary further attorney's fees and costs in this matter.

      Thank you for the Court's consideration of this joint request.

Sincerely,

| | |
|---|---|
| By: /S/ B. Bradley Weitz | By: /S/ Michael A. Brand |
|     B. Bradley Weitz, Esq. |     Michael A. Brand, Esq. |
|     The Weitz Law Firm, P.A. |     Law Offices of Vincent S. Wong |
|     Bank of America Building |     39 East Broadway |
|     18305 Biscayne Blvd., Suite 214 |     New York, NY 10002 |
|     Aventura, Florida 33160 |     Telephone: (212) 888-0884 |
|     Telephone: (305) 949-7777 |     Facsimile: (212) 349-6599 |
|     Facsimile: (305) 704-387**7** |     Email: mb.vswlaw@gmail.com |
|     Email: bbw@weitzfirm.com |     *Attorneys for Miyabi Sushi Japanese* |
|     *Attorney for Plaintiff* |     *Restaurant NY Inc.* |

2

By: /S/ David A. Antwork
    David A. Antwork, Esq.
    Campanelli & Associates P.C.
    1757 Merrick Avenue, Suite 204
    Merrick, NY 11566
    Telephone:  (516)-746-1600
    Fax: (516)-746-2611
    Email: dantwork@davidantworklaw.com
    *Attorney for Greenwich Realty Associates, LLC*