# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

January 8, 2021

<u>VIA CM/ECF</u>
Honorable Judge Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square, Courtroom: 619
New York, New York 10007

          Re:    Vuppala v. Miyabi Sushi Japanese Restaurant NY Inc., et al.
                  Case #: 1:17-cv-08409-ER

Dear Judge Ramos:

    Pursuant to the Order [D.E. 21], dated November 19, 2020, directing the parties to file a joint status report by January 8, 2021, and the parties hereby jointly submit the following.

    The parties have been engaged in multiple settlement discussions but have not been able to resolve this matter. As such, Plaintiff hereby respectfully requests a referral to the Southern District's Mediation Program, for resolution of this matter. Defendant, Greenwich Realty Associates, LLC, does not consent to a mediation.

    Thank you for the Court's consideration of this joint request.

Sincerely,

| | |
|---|---|
| By: /S/ B. Bradley Weitz | By: /S/ Michael A. Brand |
| B. Bradley Weitz, Esq. | Michael A. Brand, Esq. |
| The Weitz Law Firm, P.A. | Law Offices of Vincent S. Wong |
| Bank of America Building | 39 East Broadway |
| 18305 Biscayne Blvd., Suite 214 | New York, NY 10002 |
| Aventura, Florida 33160 | Telephone: (212) 888-0884 |
| Telephone: (305) 949-7777 | Facsimile: (212) 349-6599 |
| Facsimile: (305) 704-3877 | Email: mb.vswlaw@gmail.com |
| Email: bbw@weitzfirm.com | *Attorneys for Miyabi Sushi Japanese* |
| *Attorney for Plaintiff* | *Restaurant NY Inc.* |

By: /S/ David A. Antwork
David A. Antwork, Esq.
Campanelli & Associates P.C.
1757 Merrick Avenue, Suite 204
Merrick, NY 11566
Telephone: (516)-746-1600
Fax: (516)-746-2611
Email: dantwork@davidantworklaw.com
*Attorney for Greenwich Realty Associates, LLC*