**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

KIRAN VUPPALA,                                                      CASE NO: 1:17-cv-08409-ER

     Plaintiff,

vs.

MIYABI SUSHI JAPANESE RESTAURANT
NY INC., a New York corporation, d/b/a
MIYABI SUSHI, and GREENWICH REALTY
ASSOCIATES, LLC, a New York limited
liability company,

     Defendants.
_____/

## NOTICE OF SETTLEMENT

     COME NOW, Plaintiff, KIRAN VUPPALA, and Defendants, MIYABI SUSHI JAPANESE RESTAURANT NY INC., a New York corporation, d/b/a MIYABI SUSHI, and GREENWICH REALTY ASSOCIATES, LLC, a New York limited liability company, by and through the undersigned counsel, and hereby notify this Honorable Court that a settlement in principle has been reached in the above styled case among all parties. The settlement agreement is in the process of being drafted, and the parties shall file a Stipulation of Dismissal With Prejudice thereafter. As such, the parties respectfully request a ninety (90) day Order of Dismissal to be issued in this matter, and respectfully request that the Conference scheduled February 4th be canceled, as this matter has been settled.

     Dated: This 3rd day of February, 2021.

| | |
|---|---|
| By: /S/ B. Bradley Weitz | By: /S/ Michael A. Brand |
| B. Bradley Weitz, Esq. | Michael A. Brand, Esq. |
| The Weitz Law Firm, P.A. | Law Offices of Vincent S. Wong |
| Bank of America Building | 39 East Broadway |
| 18305 Biscayne Blvd., Suite 214 | New York, NY 10002 |
| Aventura, Florida 33160 | Telephone: (212) 888-0884 |
| Telephone: (305) 949-7777 | Facsimile: (212) 349-6599 |
| Facsimile: (305) 704-387**7** | Email: mb.vswlaw@gmail.com |
| Email: bbw@weitzfirm.com | *Attorneys for Miyabi Sushi Japanese* |
| *Attorney for Plaintiff* | *Restaurant NY Inc.* |

By: /S/ David A. Antwork
    David A. Antwork, Esq.
    Campanelli & Associates P.C.
    1757 Merrick Avenue, Suite 204
    Merrick, NY 11566
    Telephone: (516) 746-1600
    Facsimile: (516) 746-2611
    Email: dantwork@davidantworklaw.com
    *Attorney for Greenwich Realty Associates, LLC*